# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br><br>ARTURO TORRES-ROSALES,<br>　　　　Defendant. | :<br>:<br>:<br>:　Case No. 1:16-CR-0343<br>:<br>:<br>:<br>: |

## ORDER

**BEFORE THE COURT** is defendant ARTURO TORRES-ROSALES' *pro se* motion to terminate the remainder of his supervised release term. Having reviewed the record, the response from the government, and the report from the U.S. Probation Office, this Court is satisfied that early termination serves the interests of justice and is warranted by the conduct of the defendant.

Accordingly, IT IS SO ORDERED that the remaining portion of defendant's term of supervised release is **TERMINATED** and the defendant is discharged from further supervision.

Dated _March_, _31_, 2022
　　　　month　　day

_____
MALACHY E. MANNION
United States District Judge